CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

BRANDON K. MOORE (MDBN 1312180261)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6471
    brandon.moore@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 26-CR-00043-CRB |
|     Plaintiff, | [~~PROPOSED~~] ORDER DENYING MOTION TO REVOKE DETENTION ORDER |
|   v. | |
| ILEX DANIEL VELASQUEZ, | |
|     Defendant. | |

Defendant Ilex Daniel Velasquez was charged by Indictment with one count of being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). He moves to revoke Magistrate Judge Laurel Beeler's order that he be detained pretrial. ECF No. 12. The government seeks detention because the seriousness of the charged offense, and Velasquez's history of non-compliance with court orders, present a risk of non-appearance and a danger to the community that no condition or combination or conditions will reasonably mitigate under 18 U.S.C. § 3142(e). The Court reviews Judge Beeler's order *de novo*. *See* 18 U.S.C. § 3145(b); *United States v. Koenig*, 912 F.2d 1190, 1191 (9th Cir. 1990). Following a motion hearing held on April 6, 2026, the Court denies the motion to revoke.

Under 18 U.S.C. § 3142(b), the court shall release a defendant on personal recognizance or appearance bond, unless the Court "determines that such release will not reasonably assure the

[~~PROPOSED~~] ORDER DENYING
MOTION TO REVOKE          1
26-CR-00043-CRB

appearance of the person as required or will endanger the safety of any other person or the community." Courts may impose conditions that they deem necessary to guard against a defendant's flight or danger to the community. 18 U.S.C. § 3142(c). In deciding whether conditions could reasonably assure the defendant's appearance and the safety of the community, courts are to evaluate: the nature and circumstances of the offense charged, including whether it involves a firearm; the weight of the evidence against the person; the history and characteristics of the person, including family ties, length of residence, past conduct, drug or alcohol abuse, and criminal history; and the nature and seriousness of the danger to any person or the community posed by the person's release. 18 U.S.C. § 3142(g). If the Court finds that there are no conditions or combination of conditions that will reasonably assure the defendant's appearance and the safety of the community, it must order the defendant detained pretrial. 18 U.S.C. § 3142(e).

The Court has considered the parties' memoranda, proffers, and arguments, as well as the pre-bail report prepared by Pretrial Services. For the reasons stated on the record and set forth herein, the Court finds that the § 3142(g) factors militate against release, including release with the conditions proposed by Velasquez's counsel, which would include a lockdown with ankle monitoring and participation in outpatient substance abuse treatment. As noted on the record, the circumstances surrounding the instant offense, which involved the discharging of a firearm at police officers during flight, were dangerous. Although Velasquez was one of multiple DNA contributors on the firearm, the presence of his DNA still supports that he handled the weapon. Velasquez's criminal history and lengthy pattern of non-compliance while on supervision are serious, including being on three separate probation terms during the instant offense from three different counties. Despite being on probation when arrested for the instant offense, law enforcement recovered another stolen firearm from him at that time.

For those reasons, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community.

//

//

//

[PROPOSED] ORDER DENYING
MOTION TO REVOKE
26-CR-00043-CRB

2

Accordingly, Velasquez's motion to revoke is denied.

        IT IS SO ORDERED.

DATED: April 7, 2026

_____
HON. CHARLES R. BREYER
United States District Judge

[PROPOSED] ORDER DENYING
MOTION TO REVOKE                    3
26-CR-00043-CRB