CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

BRANDON K. MOORE (MDBN 1312180261)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7181
    brandon.moore@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCICO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ILEX DANIEL VELASQUEZ,<br><br>    Defendant. | NO. 26-CR-00043-CRB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER TO EXCLUDE TIME FROM APRIL 29, 2026 TO JUNE 17, 2026 |

**STIPULATION**

It is hereby stipulated by and between counsel for the United States and counsel for Defendant Ilex Daniel Velasquez that time be excluded under the Speedy Trial Act from April 29, 2026 through June 17, 2026.

When agreeing to move the status conference from April 29, 2026 to June 17, 2026, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel can continue to prepare, including by reviewing the discovery that has been produced and will be produced. For this reason, the parties stipulate and agree that excluding time until June 17, 2026 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from April

29, 2026 through June 17, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:  April 23, 2026

CRAIG H. MISSAKIAN
United States Attorney

_____/s/_____
BRANDON MOORE
Assistant United States Attorney

_____/s/_____
SAMANTHA JAFFE
Counsel for Defendant Ilex Daniel Velasquez

**ORDER**

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time from April 29, 2026 through June 17, 2026 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from April 29, 2026 to June 17, 2026 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from April 29, 2026 through June 17, 2026 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:  April 23, 2026

HON. CHARLES R. BREYER
Senior United States District Judge